RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 28 2015

Abel Acosta, Clerk

COVER LETTER

Dear: Clerk

Please file this Motion Styled as
NOTICE and Please file Motion
Styled as OBJECTION furthermore
forward to all parties involved in
Cause No. 2005-CR-5327-W1 IN THE
COURT OF APPEALS THIRD JUDICAL DISTRICT
SITTING AT AUSTIN TEXAS

Thank You

Respectfully

Jasson Kody Weathers
Pro-Se #1358550
Montford Unit
8602 Peach St.
Lubbock, Tx 79404

EX PARTE

V.

JASSON KODY WEATHERS

IN THE COURT OF
APPEALS THIRD JUDICAL
DISTRICT SITTING AT
AUSTIN TEXAS

## OBJECTION

Notice: Any and All Recipients of this OBJECTION Shall Not Convert Jasson Kody Weathers into JASON WEATHERS this is a error furthermore All documents Shall NO longer be styled as JASON WEATHERS A.K.A JASSON KODY WEATHERS furthermore All documents, motions, ORDERS, legal Papers, Statements, etc., Shall be Styled only as JASSON KODY WEATHERS #1358550, furthermore let the record show and reflect at NO time did JASON WEATHERS ever file a Writ of Habeas Corpus 11.07 fact is JASSON KODY WEATHERS #1358550 Social Security Number 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 did file Writ of Habeas Corpus 11.07.

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 28 2015

Abel Acosta, Clerk

## DECLARATION

I JASSON KODY WEATHERS hereby swear under penalty of purjury that all things herein this OBJECTION is true and correct signed this day of ___12-17___, 2015 See: § 132.001. Vernons TEXAS CODES ANNOTATED Section 121.001 to end.

Signature *Jasson Kody Weathers*

Pro-Se # 1358550

Jasson Kody Weathers
Montford unit
8602 Peach St.
Lubbock, TX 79404

EX PARTE

V.

JASSON KODY WEATHERS

IN THE COURT OF
APPEALS THIRD JUDICAL
DISTRICT SITTING AT
AUSTIN TEXAS

## OBJECTION

Notice: Any and All Recipients of this OBJECTION shall Not Convert Jasson Kody Weathers into JASON WEATHERS this is a error furthermore All documents shall NO longer be styled as JASON WEATHERS A.K.A JASSON KODY WEATHERS furthermore All documents, motions, ORDERS, legal papers, statements, etc., shall be styled only as JASSON KODY WEATHERS #1358550, furthermore let the record show and Reflect at NO time did JASON WEATHERS ever file a Writ of Habeas Corpus 11.07 fact is JASSON KODY WEATHERS #1358550 Social Security Number 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 did file Writ of Habeas Corpus 11.07.

## DECLARATION

I JASSON KODY WEATHERS hereby swear under Penalty of purjury that all things herein this OBJECTION is true and Correct signed this day of _12-17_ , 2015 see: § 132.001. Vernons TEXAS CODES ANNOTATED Sections 121.001 to end.

Signature _Jasson Kody Weathers_
Pro-Se # 1358550

Jasson Kody Weathers
Montford unit
8602 Peach St.
Lubbock, TX 79404